
RECEIVED
IN MONROE, LA
OCT 1 0 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| CHENG FENG | CIVIL ACTION NO. 05-0958 |
| A 96 109 029 | SECTION P |
| VS. | JUDGE JAMES |
| ALBERTO GONSALEZ, ET AL. | MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections to the Report and Recommendation in the record, and determining that the findings are correct under the applicable law,

**IT IS ORDERED** that the Motion to Dismiss [Doc. No. 11] be **GRANTED** and, that the Petition for Writ of *Habeas Corpus* be **DENIED** and **DISMISSED WITH PREJUDICE** as moot.

**THUS DONE AND SIGNED,** in chambers, in Monroe, Louisiana, on this __10__ day of __October__, 2006.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE